# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Richard J. Klein,
    Petitioner

vs.                                      Case No. 1:01cv794
                                           (Beckwith, J.; Perelman, M.J.)

Harold Carter,
    Respondent

## **ORDER**

Petitioner, an inmate in state custody at the Ross Correctional Institution in Chillicothe, Ohio, has filed this pro se action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the Court on petitioner's motion to strike respondent's response (Doc. 29) in opposition to petitioner's motion for sanctions and a default judgment. (Doc. 30).

Petitioner asserts that the response is frivolous and lacking in a factual basis, among other claims. This Court considered respondent's response and found it to be meritorious. In conjunction with this Order, the undersigned recommended that petitioner's motion for sanctions and a default judgment be denied, in part relying on the grounds respondent supplied in his response to the motion.

Accordingly, petitioner's motion to strike respondent's response to petitioner's motion for sanctions and a default judgment (Doc. 30) is DENIED.

Date: March 8, 2004                           S/David S. Perelman
    Hr                                                 David S. Perelman
                                                United States Magistrate Judge

J:\ROSENBEH\2254(2004)\01-794mtstr.wpd