**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard J. Klein
Ross Correctional
P.O. Box 7010
Chillicothe, Ohio

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Phil Kisr_   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name): Phil Kiser
C. Date of Delivery: 3-11-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0002 6723 3890



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 324 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202