**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**RICHARD KLEIN,**

        **Petitioner,**        **Case No. C-1-01-794**

**v.**        **Judge Beckwith**

**HAROLD CARTER, WARDEN,**    **Magistrate Judge Black**

        **Respondent.**

## MOTION FOR LEAVE TO FILE DOCUMENTS MANUALLY

Pursuant to §§1(A)(3), II(A)(6), IV(A)(1), and IV (A)(5) of the Policies and Procedures for Electronic Filing in the Southern District of Ohio and Rule 5.1 Local Rules of the Southern District of Ohio, Respondent respectfully requests leave of the Court to file the following items manually:

1)     Exhibits 1 through 45 of Respondent's Return of Writ

2)     Supplemental Authority

3)     Trial Transcript (6 Volumes)

Respondent requests leave to file the items manually because the electronic file size of the documents exceed 2 megabytes as set forth on page 21, item 5 of the CM/ECF Attorneys Manual July 14, 2003, for the Southern District of Ohio.

        Respectfully submitted,

        Jim Petro
        Ohio Attorney General

        <u>S/Diane Mallory</u>
        Diane Mallory (0014867)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Richard Klein, Ross Correctional Institution, P. O. Box 7010, Chillicothe, Ohio 45601, on the 17th day of May, 2004.

S/Diane Mallory