# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RICHARD KLEIN,

        Petitioner,        Case No. C-1-01-794

v.        Judge Beckwith

HAROLD CARTER, WARDEN,        Magistrate Judge Black

        Respondent.

## ORDER

Respondent's motion for leave to file documents manually is granted.

*Timothy S. Black*  5/17/04
U.S. MAGISTRATE JUDGE