UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RICHARD KLEIN,**

          Petitioner,          Case No. C-1-01-794

          v.          Judge Beckwith

**HAROLD CARTER, WARDEN,**          Magistrate Judge Black

          Respondent.

## NOTICE OF MANUAL FILING

Pursuant to Local Rules of the Southern District of Ohio, 5.1 (IV)(A)(5), please take notice that Respondent intends to manually file the following documents:

    Exhibits 1 through 45, Return of Writ
    Supplemental Authority
    Trial Transcript (6 Volumes)

These documents have not been filed electronically because the electronic file size of the document exceeds 2 megabytes. The exhibits and supplemental authority will be served on the parties.

          Respectfully submitted,

          JIM PETRO
          Ohio Attorney General

          s/Diane Mallory
          DIANE MALLORY (0014867)
          Assistant Attorney General
          Corrections Litigation Section
          150 East Gay Street, 16th Floor
          Columbus, Ohio 43215
          (614) 644-7233
          (614) 728-9327 fax
          dmallory@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Richard Klein, Ross Correctional Institution, P. O. Box 7010, Chillicothe, Ohio 45601, on or before the 19th day of May, 2004.


S/Diane Mallory