UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard J. Klein,

    Petitioner,

vs.

Harold Carter, Warden,

    Respondent.

Case No. C-1-01-794

Judge Beckwith

M.J. Black

FILED JAMES BONINI CLERK
2004 MAY 25 PM 1:07
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### PETITIONER'S MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE/TRAVERSE

On May 17, 2004, Respondent filed an answer/return of writ. Due to the factual and legal complexity of the issues presented and because Petitioner was not served with copies of Respondent's exhibits until a later date, Petitioner is unable to timely prepare a response or traverse to Respondent's answer/return of writ. There are several issues of law and factual issues not clearly framed by the petition and answer that need to be addressed to provide for factual and legal accuracy. Petitioner requests an additional 60 days beyond the time permitted by the Federal Rues of Civil Procedure for responses.

For the foregoing reasons Petitioner respectfully requests additional time to prepare a response and/or traverse.

Respectfully submitted,

Richard J. Klein 350-022

Petitioner/pro se

R.C.I. P.O. Box 7010

Chillicothe, Ohio 45601

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon attorney for Respondent Assistant Ohio Attorney General Dian Mallory at 150 East Gay Street, 16th Fl. Columbus, Ohio 43215 on this 25th day of May, 2004.

Richard J. Klein