UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUN -2 PM 12:41

Richard J. Klein,

    Petitioner,

vs.

Harold Carter, Warden,

    Respondent.

Case No C-1-01-794

Judge Beckwith

M.J. Black

### PETITIONER'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION

Petitioner hereby requests the clerk to strike Petitioner's previously filed motion specifically "Petitioner's Motion in Response to Respondent's Motion for Leave to File Documents Manually" (Doc. 39) as not necessary at this time.

Respectfully submitted,

Richard J. Klein 350-022
Petitioner/pro se
R.C.I. P.O. Box 7010
Columbus, Ohio 45601

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon counsel for Respondent Assistant Ohio Attorney General Diane Malory by Regular first class mail at 150 East Gay Street, Columbus, Ohio 43215 on this 27th day of May, 2004.

Richard J. Klein