UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard J. Klein,
    Petitioner,

vs.

Harold Carter, Warden,
    Respondent.

Case No. C-1-01-794

Judge Beckwith

M.J. Black

### PETITIONER'S MOTION FOR EXTENSION OF TIME

On May 17, 2004, Respondent filed an Answer/Return of Writ. Due to the factual and legal complexity of the case and for the same reasons Respondent requested an extension of time that the case is "voluminous" and because there are issues of law and facts not clearly framed by the petition, and answer/return of writ and Respondent's exhibits that need addressed prior to this Court's determinations; therefore, a response/traqverse has become absolutely necessary. Petitioner respectfully requests an additional 60 days beyond the time permitted for the filing of a petitioner's response/traverse.

For the foregoing reasons Petitioner respectfully requests additional time to prepare a response/traverse.

Respectfully submitted,

Richard J. Klein 350-022
Petitioner/pro se
R.C.I. P.O. Box 7010
Chillicothe, Ohio 45601

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon Respondent Assistant Ohio Attorney General Diane Mallory at 150 East Gay Street, 16th Fl. Columbus, Ohio 43215 on this 2d day of June, 2004.

Richard J. Klein