UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 JUL -8 PM 2:25

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Richard J. Klein,

    Petitioner,

vs.

Harold Carter, Warden,

    Respondent.

CASE NO. C-1-01-794

JUDGE BECKWITH

M.J. Black

### PETITIONER'S MOTION FOR EXTENSION OF TIME FOR FILING AMENDED PETITION

Petitioner respectfully requests an extension of time of twelve (12) days to compete and file the amended habeas corpus petition that this Court granted leave on June 21, 2004, to file within 20 days. (Doc. 47). But, Petitioner is experiencing financial difficulty and cannot afford the necessary copies and postage to make this filing and service on respondent within that period of time. Additionally, Petitioner is experiencing difficulty in obtaining materials necessary for re-drafting the petition and additional time is necessary for its completion. Petitioner requests until July 23, 2004, to make this filing.

Respectfully submitted,

*Richard J. Klein* 350-022
Petitioner/pro se
R.C.I. P.O. Box 7010
Chillicothe, Ohio 45601

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served upon counsel for respondent Assistant Ohio Attorney General Diane Mallory by regular first class mail on this 5th day of July, 2004.

*Richard J. Klein*