IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard J. Klein,            )
                             )  Case No. 1:01-CV-794
        Petitioner,          )
                             )
    vs.                      )
                             )
Harold Carter,               )
                             )
        Respondent.          )

<u>O r d e r</u>

      This matter is before the Court upon Respondent's objection to the June 21, 2004, order of United States Magistrate Judge Timothy S. Black pursuant to which the Magistrate Judge granted Petitioner Klein leave to file an amended petition. Respondent contends that the filing of the amended petition will result in a waste of judicial resources and unnecessary costs to Respondent.  Respondent has not, however, attempted to demonstrate that the Magistrate Judge's order is either clearly erroneous or contrary to law.  Accordingly, Respondent's objection (Doc. 51) is hereby **OVERRULED**.  <u>See</u> Fed. R. Civ. P. 72(a).

      **IT IS SO ORDERED.**

                                           /s/
                            Sandra S. Beckwith, Chief Judge
                            United States District Court