UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RICHARD KLEIN,

        Petitioner,        Case No. C-1-01-794

    v.        Judge Beckwith

HAROLD CARTER, WARDEN,        Magistrate Judge Black

        Respondent.

## MEMORANDUM OPPOSING PETITIONER'S MOTION FOR JUDGMENT ON THE PLEADINGS

Respondent has received a copy of Petitioner's motion for judgment on the pleadings pursuant to Civ.R.12(c). The Rule clearly states that "after the pleadings are closed," any party may move for judgment on the pleadings. Since Respondent has not yet filed a return of writ to Petitioner's amended petition, the pleadings are not closed. Therefore, Petitioner's motion should be denied.

Respectfully submitted,

Jim Petro
Ohio Attorney General

S/Diane Mallory
Diane Mallory (0014867)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Richard Klein, #350-022, Ross Correctional Institution, P. O. Box 7010, Chillicothe, Ohio 45601, on the 15th day of November, 2004.

S/Diane Mallory