**United States District Court**
**Southern District of Ohio**
**Western Division**

RICHARD KLEIN,
    Petitioner,　　　　　　　　　　　Civil No. 1:01cv794

vs.　　　　　　　　　　　　　　　　　　Beckwith, J.; Black, MJ

HAROLD CARTER, WARDEN,
    Respondent.　　　　　　　　　　**ORDER GRANTING EXTENSION**

On 11/12/04, Respondent filed a Motion for Extension of Time to file Amended Return of Writ (Doc. 55). That motion is GRANTED. The time is extended to 12/16/04.

Date: 11/15/04　　　　　　　　　　　　s/Timothy S. Black
　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge