UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RICHARD KLEIN,

        Petitioner,        Case No. C-1-01-794

    v.        Judge Beckwith

HAROLD CARTER, WARDEN,        Magistrate Judge Black

        Respondent.

**RESPONDENT'S MEMORANDUM OPPOSING PETITIONER'S MOTION FOR DEFAULT JUDGMENT**

Petitioner has filed a motion for default judgment. His motion should be denied because there is no basis on which to issue a default judgment. Respondent is not a party who has failed to plead or otherwise defend as provided by the rules. See Civ.R.55(a).

        Respectfully submitted,

        Jim Petro
        Ohio Attorney General

        S/Diane Mallory
        Diane Mallory (0014867)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Richard Klein, #350-022, Ross Correctional Institution, P. O. Box 7010, Chillicothe, Ohio 45601, on the 6th day of December, 2004.

S/Diane Mallory