Original

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 DEC 27 PM 1:44

U.S. COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Richard J. Klein III,
    Petitioner,

vs.

Harold Carter, Warden,
    Respondent.

Case No. C-1-01-794
Judge Beckwith
M.J. Black

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/TRAVERS TO RESPONDENT'S ANSWER/RETURN OF WRIT**

    Petitioner hereby respectfully requests an extension of time to file his Response/Traverse. Due ot Petitioner's limited resources, limited time, and due to the factual and legal complexity of this case and due to the Holidays, Klein requests until January 31, 2005, to prepare and submit his Response/Traverse.

Respectfully Submitted,

*[signature]*
Richard J. Klein III 350-022
Petitioner/pro se
R.C.I. P.O. Box 7010
Chillicothe, Ohio 45601

**CERTIFICATE OF SERVICE**

    Petitioner hereby certifies that a true copy of the foregoing has been served upon counsel for Respondent Assistant Ohio Attorney General Diane Mallory at 150 East Gay Street, Columbus Ohio 43215 by regular U.S. Mail on this 22nd day of December, 2004.

*[signature]*
Richard J. Klein III 350-022