**United States District Court**
**Southern District of Ohio**
**Western Division**

RICHARD J. KLEIN III,
    Petitioner,                                    Civil Action No. 1:01cv794

vs.                                                     Beckwith, J.; Black, MJ

HAROLD CARTER, WARDEN,
    Respondent.                                 **ORDER GRANTING EXTENSION**

On 12/27/04, Petitioner filed a Motion for Extension of Time to Respond to the Return of Writ (Doc. 65). That motion is GRANTED. The time is extended to 1/31/05.

Date: 1/10/05                                            s/<u>Timothy S. Black</u>
                                                        Timothy S. Black
                                                        United States Magistrate Judge