IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard J. Klein,            )
                             )  Case No. 1:01-CV-794
        Petitioner,          )
                             )
    vs.                      )
                             )
Harold Carter,               )
                             )
        Respondent.          )

Order Adopting Report and Recommendation

On January 19, 2005, United States Magistrate Judge Timothy S. Black issued a report and recommendation in this matter. The Magistrate Judge recommended that Petitioner's motions for judgment on the pleadings and for default judgment be denied. Petitioner has not filed objections to the Magistrate Judge's proposed disposition within the time allotted. The Court finds no plain error in the recommendations. Accordingly, the report and recommendation are hereby **ADOPTED** in their entirety. Petitioner's motions for judgment on the pleadings (Doc. 56) and for default judgment (Doc. 61) are hereby **DENIED**.

**IT IS SO ORDERED.**

_____/s/_____
Sandra S. Beckwith, Chief Judge
United States District Court