UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RICHARD KLEIN,

        Petitioner,        Case No. C-1-01-794

        v.        Judge Beckwith

HAROLD CARTER, WARDEN,        Magistrate Judge Black

        Respondent.

## RESPONDENT'S MEMORANDUM OPPOSING PETITIONER'S MOTION TO STRIKE

On March 15, 2005, Petitioner filed a motion to strike one of Respondent's exhibits. He claims that the exhibit is not complete because exhibits were supposed to be attached to that exhibit. Petitioner also claims that he has filed the complete exhibit with the missing exhibits attached.

Petitioner's motion to strike should be overruled. Respondent filed the exhibits as they were received from the state court. If, in fact, part of the document was missing, Petitioner has filed whatever document he claims was missing, and this Court is therefore able to consider it and give it whatever weight the Court deems appropriate. The motion to strike should be overruled.

        Respectfully submitted,

        Jim Petro
        Ohio Attorney General

        <u>S/Diane Mallory</u>
        Diane Mallory (0014867)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to Richard Klein, #350-022, Ross Correctional Institution, P. O. Box 7010, Chillicothe, Ohio 45601, on the 17the day of March, 2005.

S/Diane Mallory