UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JUL 22 PM 12: 13

Richard J. Klein III, pro se,
R.C.I. P.O. Box 7010
Chillicothe, Ohio 45601
    Petitioner/Appellant,

vs.                              CASE NO. 1:01-cv-794

Harold Carter, Warden
Ohio Attorney General
150 East Gay Street
Columbus, Ohio 43215,
    Respondent/Appellee.

### NOTICE OF APPEAL

Notice is hereby given that Richard J. Klein III 350-022 appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered by the United States District Court Southern District of Ohio entered on this 27th day of June, 2005 (Doc. 82-83).

Respectfully submitted,

Richard J. Klein III 350-022
PETITIONER/APPELLANT, PRO SE
R.C.I P.O. Box 7010
Chillicothe, Ohio 45601