```
Fri Jul 22 11:56:15 2005

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 427605
Cashier           ml1

C.C. Number: 4417128660001593    04/08

DO Code    Div No
  4661        1

Sub Acct Type Tender       Amount
1:0869PL  AR     4         105.00
2:5100PL  AR     4         150.00

Total Amount        $      255.00

NOTICE OF APPEAL RICHARD KLEIN

FILING FEE 1:01CV794
```