# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Richard J. Klein,
    Petitioner

vs.                                    Case No. 1:01cv794
                                          (Beckwith, J.; Black, M.J.)

Harold Carter,
    Respondent

## ORDER

       On May 20, 2005, the Magistrate Judge recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Doc. 80). The District Court subsequently adopted the Report and Recommendation, declining to issue a certificate of appealability and denying *in forma pauperis* status for appeal purposes. (Doc. 82). On July 22, 2005, petitioner filed a notice of appeal with the filing fee, and a motion for a certificate of appealability. (Docs. 85, 86). This matter is before the Court on petitioner's two motions for an extension of time to file a notice of appeal and a certificate of appealability (Docs. 84, 87) and petitioner's motion for a certificate of appealability. (Doc. 85).

       Because petitioner has already filed his notice of appeal and his filing fee (Doc. 86), an extension of time is unnecessary. Moreover, this Court has ordered that a certificate of appealability not issue in the present case. (*Id.*). Accordingly, petitioner's motions for an extension of time (Docs. 84, 87) and petitioner's motion for a certificate of appealability (Doc. 85) are hereby DENIED as moot.

Date:  July 27, 2005                            s/Sandra S. Beckwith
        hr                                     Sandra S. Beckwith, Chief Judge
                                                United States District Court