United States District Court
Southern District of Ohio

———

Potter Stewart Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

| | |
|---|---|
| James Bonini<br>Clerk of Court | Telephone: 513.564.7500<br>Facsimile: 513.564.7505 |

July 29, 2005

Richard J Klein
350-022
Ross Correctional Institution
PO Box 7010
Chillicothe, OH 45601

      IN RE:    Klein v Carter
                     District Court Case No. 1:01-cv-794

Dear Mr. Klein;

      Your letter written to the Court dated 7/22/2005, Affidavit filed on 7/28/2005 and Second Motion for Extension of Time to File Notice of Appeal and COA filed on 7/28/2005 are being returned to your attention.

      Please be advised that I have also enclosed a copy of the docket sheet pertaining to your case. Your documents are being returned because your Notice of Appeal has been filed and payment of the Appeal fee has been made.

Sincerely,

**JAMES BONINI
Clerk of Courts**

**s/Tempann Thomas
Tempann Thomas
Case Administrator/SSB**