**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage $ | C-1-01-794 Letter |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees $ | |

Sent To: Richard J. Klein #350-022
Street, Apt. No.; or PO Box No.: RCI P.O. Box 7010
City, State, ZIP+4: Chillicothe, OH 45601

7002 0860 0000 1409 9006

PS Form 3800, April 2002    See Reverse for Instructions