- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard J. Klein
#350-022
RCI
P.O. Box 7010
Chillicothe, OH 45601

C-1-01-794 Letter (SSB)

2. Article Number
(Transfer from service label)

7002 0860 0000 1409 0036

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): J. Hennnesti
C. Date of Delivery: 8/1/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes