**Supreme Court of the United States**
**Office of the Clerk**
Washington, DC 20543-0001

01-00794

05-3994

William K. Suter
Clerk of the Court
(202) 479-3011

April 16, 2007

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**FILED**
APR 2 3 2007
LEONARD GREEN, Clerk

Re: Richard J. Klein, III
v. Harold Carter, Warden
No. 06-8575
(Your No. 05-3994)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*
**William K. Suter, Clerk**